UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HOPE NETWORK
REHABILITATION SERVICES, et al.,

        Plaintiffs,

Case No. 1:10-cv-348

v.

HONORABLE PAUL L. MALONEY

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY, et al.,

        Defendants.

_____/

## ORDER TO FILE CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, a nongovernmental corporate party must file a disclosure statement that (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or (2) states that there is no such corporation. A review of the docket for this case has revealed that defendant State Farm Mutual Automobile Insurance Company has not filed the requisite disclosure.

IT IS HEREBY ORDERED that defendant State Farm Mutual Automobile Insurance Company shall file a corporate disclosure statement within seven (7) days of the date of this order.

Date: August 16, 2010

      /s/ Paul L. Maloney
      Paul L. Maloney
      Chief United States District Judge